UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK VERMEULEN,<br><br>**Plaintiff,**<br><br>v.<br><br>LESTER JENKINS AND WARREN BRADFORD,<br><br>**Defendants.** | 1:14-cv-1604-LJO-GSA<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 8)** |

On March 14, 2015, Plaintiff filed "an application for voluntary dismissal of complaint." Doc. 8 at 1. Plaintiff requests that the Court issue an order dismissing the complaint <u>with prejudice</u>.[1]

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES the complaint <u>with prejudice</u>.

IT IS SO ORDERED.

Dated:   **March 18, 2015**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

---

[1] The Court construes Plaintiff's request to have been brought under Fed. R. Civ. P. 41(a)(1)(A)(i).

1